UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KEIRON M. ELIAS,

         Plaintiff,

    v.

SCOTT S. HARRIS,

         Defendant.

Case No. 23-cv-01417-WHO (PR)

**ORDER OF TRANSFER**

The events giving rise to plaintiff's claims against the Clerk of the United States Supreme Court occurred in the District of Columbia. Accordingly, this federal civil rights action is TRANSFERRED to the District of Columbia, wherein venue properly lies because a substantial part of the events or omissions giving rise to the claims occurred there. *See* 28 U.S.C. §§ 88, 1391(b), and 1406(a). The Clerk shall transfer this action forthwith.

**IT IS SO ORDERED.**

**Dated:** March 31, 2023



_____
WILLIAM H. ORRICK
United States District Judge